Puerta *v.* Ryan, Appellant.

Argued March 28, 1974. *Mervin J. Hartman*, with him *Zoob & Matz*, for appellant; *George Q. Hardwick*, for appellee.

Decree affirmed.